# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTINEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>GARSHA, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:09-cv-00337-LJO-SKO PC<br><br>ORDER DENYING MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM WITHOUT PREJUDICE AS PREMATURE<br><br>(Doc. 31) |

Plaintiff Luis Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009. On April 17, 2012, Plaintiff filed a motion seeking the issuance of a subpoena duces tecum to the custodian of records at the California Substance Abuse Treatment Facility and State Prison. Fed. R. Civ. P. 45.

Subject to certain requirements, Plaintiff may be entitled to the issuance of a subpoena commanding the production of documents or tangible things from a nonparty, Fed. R. Civ. P. 45, and to service of the subpoena by the United States Marshal, 28 U.S.C. 1915(d). However, the Court will consider granting such a request only if the documents or tangible things sought from the nonparty are not equally available to Plaintiff and are not obtainable from Defendants through a request for the production of documents or tangible things. Fed. R. Civ. P. 34. If Defendants object to Plaintiff's discovery request, a motion to compel is the next required step. If the Court rules that the documents or tangible things are discoverable but Defendants do not have possession, custody, and control over them, Plaintiff may then seek a subpoena. Alternatively, if the Court rules that the documents are not discoverable, the inquiry ends.

1  In this instance, Plaintiff filed the motion seeking issuance of a subpoena duces tecum after
2  the close of discovery. Pursuant to a separate order issued concurrently with this order, discovery
3  remains open limited to the resolution of the discovery disputes relating to already-served discovery
4  at issue in Plaintiff's motions to compel. If the Court finds that Plaintiff is entitled to the production
5  of documents but it finds that Defendants do not have possession, custody, or control over them, the
6  Court will direct the issuance of a subpoena duces tecum to the custodian of records. However, any
7  subpoena will be limited to those documents at issue in Plaintiff's motion to compel. Discovery is
8  closed as to newly-sought information.

9  Accordingly, based on the foregoing, Plaintiff's motion for the issuance of a subpoena duces
10  tecum is HEREBY DENIED without prejudice as premature.

14  IT IS SO ORDERED.

15  **Dated:   July 2, 2012**                               /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE