# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTINEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>GARSHA, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:09-cv-00337-LJO-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A FREE COPY OF HIS DEPOSITION TRANSCRIPT<br><br>(Doc. 44) |

Plaintiff Luis Martinez, a state prisoner proceeding pro se and in forma pauperis, filed in this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009.  On May 29, 2012, Plaintiff filed a motion seeking an order requiring Defendants to provide him with a copy of his deposition transcript.  Defendants filed an opposition on June 7, 2012 and Plaintiff filed a reply on June 21, 2012.

Plaintiff is not entitled to a free copy of his deposition transcript.  Fed. R. Civ. P. 30(f)(3). Plaintiff is entitled only to review the transcript and make changes, if he made a request for review before the completion of the deposition.  Fed. R. Civ. P. 30(e)(1).  If Plaintiff made a timely request, the Court asks that Defendants ensure the review to which he is entitled occurs.

Accordingly, Plaintiff's motion for a free transcript is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

**Dated:   July 2, 2012**                         /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE

1