# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTINEZ, | Case No. 1:09-cv-00337-LJO-SKO PC |
| Plaintiff, | ORDER DECLINING TO ISSUE SUBPOENA DUCES TECUM RE PODS 15 AND 16 |
| v. | |
| GARSHA, et al., | (Docs. 62 and 66) |
| Defendants. | |

Plaintiff Luis Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009. This action for damages is proceeding against Defendants Garcha, Lines, Hacker, Fouch, and Does 1-3 for violating the Eighth Amendment of the United States Constitution.

On July 15, 2013, the Court issued an order providing Plaintiff thirty days within which to submit additional information regarding PODs 15 and 16, for the purpose of determining whether Plaintiff is entitled to the issuance of a subpoena duces tecum. Plaintiff filed a response on August 26, 2013.[1]

Plaintiff represents that he has located three inmate witnesses, one of whom has provided a declaration and from two of whom he is currently seeking declarations. Plaintiff also represents that he has identified the Doe defendants as M. Uranga, A. Rodriguez, and M. Lefler.

Plaintiff's response does not demonstrate a need for the issuance of a subpoenas duces

---

[1] Plaintiff was transferred to a different prison and the order was re-served on August 12, 2013.

tecum commanding the production of any documents at issue in PODs 15 and 16. Accordingly, the Court declines to issue a subpoena duces tecum.

With respect to the Doe defendants, Plaintiff has not filed a motion seeking leave to modify the scheduling order to allow him to file an amended complaint naming them. Fed. R. Civ. P. 16(b)(4). The deadline for amending the pleadings has expired and in the absence of a motion demonstrating good cause, the deadline is not subject to extension. (Doc. 62, Order, fn. 8.)

In conclusion, Plaintiff has not demonstrated a need for the issuance of a subpoena duces tecum commanding the production of documents responsive to PODs 15 and 16 and therefore, no subpoena will issue.

IT IS SO ORDERED.

Dated: __October 8, 2013__        /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE

2