1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10   LUIS MARTINEZ,                                      Case No.  1:09-cv-00337-LJO-SKO PC

11            Plaintiff,                                 ORDER DISREGARDING NOTICE OF
                                                         RELATED CASES
12       v.
                                                         (Doc. 67)
13   GARSHA, et al.,

14            Defendants.

_____/

15

16       Plaintiff Luis Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this

17   civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009.  On September 11, 2013,

18   Plaintiff filed a notice of related cases.

19       Cases may be related where "the assignment to a single Judge and/or Magistrate Judge is

20   likely to effect a savings of judicial efforts and other economies."  Local Rule 123(b).  In as much

21   as the cases cited by Plaintiff include two Supreme Court cases, a Ninth Circuit case, and a

22   Humboldt County Superior Court case, they are not subject to relation under Local Rule 123(b)

23   and Plaintiff's notice is HEREBY ORDERED disregarded.

24

     IT IS SO ORDERED.

25

26   Dated:   __October 16, 2013__              _____/s/ Sheila K. Oberto__
                                                UNITED STATES MAGISTRATE JUDGE

27

28