# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>GARSHA, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:09-cv-00337-LJO-SKO PC<br><br>ORDER DISREGARDING NOTICE OF RELATED CASES<br><br>(Doc. 67) |

Plaintiff Luis Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009. On September 11, 2013, Plaintiff filed a notice of related cases.

Cases may be related where "the assignment to a single Judge and/or Magistrate Judge is likely to effect a savings of judicial efforts and other economies." Local Rule 123(b). In as much as the cases cited by Plaintiff include two Supreme Court cases, a Ninth Circuit case, and a Humboldt County Superior Court case, they are not subject to relation under Local Rule 123(b) and Plaintiff's notice is HEREBY ORDERED disregarded.

IT IS SO ORDERED.

Dated:   **October 16, 2013**          **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE