1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTINEZ, | Case No.  1:09-cv-00337-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING LETTER SEEKING STATUS AND GRANTING MOTION FOR THIRTY-DAY EXTENSION OF TIME TO FILE MOTION TO COMPEL |
| v. | |
| GARSHA, et al., | (Docs. 70 and 71) |
| Defendants. | |
| _____/ | |

Plaintiff Luis Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009.  This action for damages is proceeding against Defendants Garcha, Lines, Hacker, Fouch, and Does 1-3 for violating the Eighth Amendment of the United States Constitution.

On October 7, 2013, Plaintiff sent a letter to the Clerk's Office seeking a status on the response he filed on August 26, 2013, and on October 7, 2013, Plaintiff filed a motion seeking a thirty-day extension of time to file a motion to compel.  (Docs. 62, 70, 71.)

Plaintiff's letter, which was filed, is HEREBY STRICKEN from the record.  As long as Plaintiff keeps the Court apprised of his current address, he will be served with any orders issued in this case.

///
///

1      Good cause having been shown, Plaintiff's motion for a thirty-day extension of time to file

2  a motion to compel in compliance with the order filed on July 15, 2013, is HEREBY GRANTED.

3

4  IT IS SO ORDERED.

5      Dated:   **October 23, 2013**                      **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28