# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTINEZ, | Case No. 1:09-cv-00337-LJO-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE MOTION SEEKING LEAVE TO AMEND WITHIN THIRTY DAYS OR PROPOSED AMENDED COMPLAINT WILL BE STRICKEN |
| v. | |
| GARSHA, et al., | |
| Defendants. | (Doc. 73) |

Plaintiff Luis Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009. This action for damages is proceeding against Defendants Garcha, Lines, Hacker, Fouch, and Does 1-3 for violating the Eighth Amendment of the United States Constitution.

On October 21, 2013, Plaintiff submitted a proposed amended complaint, but it was not accompanied by a motion seeking leave to amend. Fed. R. Civ. P. 7(b), 16(b)(4). Plaintiff is required to file a motion supported by good cause, which in turn requires he demonstrate due diligence with respect to obtaining the names of the Doe defendants.[1] Fed. R. Civ. P. 16(b)(4); *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002).

---

[1] The deadline to amend the pleadings expired on March 25, 2012, with the exception of naming the three Doe defendants. (Doc. 50, Order, 2:18-24.) The Court's order of July 3, 2012, provided for an extension of the amended pleadings deadline only to the extent that Plaintiff was able obtain the Doe defendants' names through resolution of the remaining discovery dispute. (*Id.*) Plaintiff bears the burden of demonstrating due diligence, which requires that he show he obtained the names of the Doe defendants through the discovery at issue in his motion to compel filed on October 1, 2012, and addressed by order filed July 15, 2013. (Docs. 50, 51, 56, and 62.)

Accordingly, Plaintiff shall file a motion seeking leave to file an amended complaint within **thirty (30) days** from the date of service of this order; and if he fails to do so, his proposed amended complaint, lodged on October 21, 2013, will be stricken from the record.

IT IS SO ORDERED.

Dated:   **October 23, 2013**                    **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE

2