# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARSHA, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:09-cv-00337-LJO-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE ADDRESSING TERMS OF DISMISSAL WITHIN TWENTY DAYS<br><br>(Doc. 89)<br><br>Plaintiff's Response Deadline: 20 days<br><br>Defendants' Response Deadline: 10 days from filing of Plaintiff's response |

　　　　Plaintiff Luis Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009.  This action for damages is proceeding against Defendants Garcha, Lines, Hacker, Fouch, and Does 1-3 for violating the Eighth Amendment of the United States Constitution.  Defendants Garcha, Lines, Hacker, and Fouch filed a motion for summary judgment on September 8, 2014.  Plaintiff has not filed a response.  Local Rule 230(*l*).

　　　　On October 1, 2014, Plaintiff filed a notice of voluntary dismissal.  Fed. R. Civ. P. 41(a).  At this stage in the proceedings, Plaintiff may not voluntarily dismiss the action unless all parties sign a stipulation, Fed. R. Civ. P. 41(a)(1)(A)(ii), or Plaintiff obtains a court order, Fed. R. Civ. P. 41(a)(2).  Plaintiff did not, however, state whether he is seeking dismissal with or without prejudice, *see* Fed. R. Civ. P. 41(a)(1)(B), and at this juncture, Plaintiff, Defendants, and the court

have expended not insignificant resources relating to the litigation of this case.  In addition, this district is one of the busiest in the nation.  Therefore, the district court is not inclined to permit dismissal without prejudice, absent non-opposition by Defendants. Fed. R. Civ. P. 41(a)(2).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff has **twenty (20) days** to notify the Court whether he is seeking dismissal with or without prejudice;[1]

2. If Plaintiff fails to file a response to this order, Judge O'Neill will dismiss this case with prejudice pursuant to Plaintiff's notice of voluntary dismissal; and

3. Defendants have **ten (10) days** from the date of service of Plaintiff's response within which to file their response.

IT IS SO ORDERED.

Dated:   **October 3, 2014**              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's desire to dismiss without prejudice, should that prove to be the case, may well not result in dismissal without prejudice, but as an initial matter, Plaintiff shall be permitted an opportunity to clarify the terms of the dismissal he seeks.