# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>GARSHA, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:09-cv-00337-LJO-SKO (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL<br><br>(Docs. 89 and 90) |

    Plaintiff Luis Martinez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 24, 2009. This action for damages is proceeding against Defendants Garcha, Lines, Hacker, Fouch, and Does 1-3 for violating the Eighth Amendment of the United States Constitution. Defendants Garcha, Lines, Hacker, and Fouch filed a motion for summary judgment on September 8, 2014. Plaintiff did not file a response. Local Rule 230(*l*).

    On October 1, 2014, Plaintiff filed a notice of voluntary dismissal. Fed. R. Civ. P. 41(a). At this stage in the proceedings, Plaintiff may not voluntarily dismiss the action unless all parties sign a stipulation, Fed. R. Civ. P. 41(a)(1)(A)(ii), or Plaintiff obtains a court order, Fed. R. Civ. P. 41(a)(2). Plaintiff did not state whether he is seeking dismissal with or without prejudice, and on October 3, 2014, Plaintiff was ordered to notify the Court within twenty days whether he is seeking dismissal with or without prejudice. Fed. R. Civ. P. 41(a)(1)(B). Plaintiff was warned

1 that if he failed to comply with the order, the Court would dismiss the case with prejudice.  Fed. R.
2 Civ. P. 41(a)(2).  Plaintiff failed to file a response.
3       Accordingly, this action is HEREBY DISMISSED, with prejudice, pursuant to Plaintiff's
4 notice of voluntary dismissal.  Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

Dated:  **October 30, 2014**      **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

2